UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Hector D. Bernal

**Order Filed on November 6, 2017
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| Case No.: | 17-19967 |
| Chapter: | 13 |
| Judge: | JKS |

## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 6, 2017**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 25, 2017___ :

Property: ___161 Midland Place Newark, NJ 07106___

Creditor: ___The Bank of New York___

and a Request for

☒ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown

❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____March 26, 2018_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*