Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17−19967−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Hector D. Bernal
    161 Midland Place
    Newark, NJ 07106

Social Security No.:
    xxx−xx−8737

Employer's Tax I.D. No.:

---

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

       Notice is hereby given that a Plan was confirmed in this matter on August 25, 2017.

       On 1/9/2019 the debtor filed a modification to the Plan.

       Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                February 14, 2019
Time:                 08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

       Accordingly, notice is hereby given that,

1.    Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.    Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.    **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: January 10, 2019
JAN: rh

                                           Jeanne Naughton
                                         Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-19967-JKS
Hector D. Bernal                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2          Date Rcvd: Jan 10, 2019
                             Form ID: 185              Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 12, 2019.
db          +Hector D. Bernal,    161 Midland Place,   Newark, NJ 07106-3310
516826077   +Phelan Hallinam, Diamond,& Jones PC,   400 Fellowship Road,   Suite 100,
             Mount Laurel, NJ 08054-3437
516826079   +Pressler and Pressler, LLP,    7 Entin Rd.,   Parsippany, NJ 07054-5020
516826081   +REMEX INC,   307 WALL ST,   PRINCETON, NJ 08540-1515
516826082   +SANTANDER BANK NA,   865 BROOK ST,   ROCKY HILL, CT 06067-3444
517060929   ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Department of Treasury,
             Division of Taxation,   PO Box 245,   Trenton, NJ 08695-0245)
517063644    State of New Jersey,   Division of Employer Accounts,   PO BOX 379,   Trenton, NJ  08625-0379
516826086   +State of New Jersey,   Motor Vehicle Commission,   P.O. Box 155,   Trenton, NJ 08666-0155
516826088   +The Bank of New New York,   101 Barclay Street,   #22-7,   New York, NY 10286-0001
517083255   +The Bank of New York,   c/o Carrington Mortgage Services, LLC,   1600 South Douglass Road,
             Anaheim, CA 92806-5948
517303474   +The Bank of New York Mellon, et al,   c/o Carrington Mortgage Services, LLC,
             1600 South Douglass Road,   Anaheim, CA 92806-5948
516826091   +Weisfield Jewelers/Sterling Jewelers Inc,   ATTN: BANKRUPTCY,   PO BOX 1799,
             AKRON, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 11 2019 00:56:08    U.S. Attorney,   970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 11 2019 00:56:07    United States Trustee,
             Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
516826072   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 11 2019 00:55:51    COMENITYCAPITAL/GMSTOP,
             PO BOX 182120,   COLUMBUS, OH 43218-2120
516826073   +E-mail/Text: bknotice@ercbpo.com Jan 11 2019 00:56:15    Enhanced Recovery Corp,
             ATTENTION: CLIENT SERVICES,   8014 BAYBERRY RD,   JACKSONVILLE, FL 32256-7412
516826074   +E-mail/PDF: bankruptcy@ncfsi.com Jan 11 2019 00:59:30    New Century Financial Services,
             110 S. Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
516826078    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 11 2019 01:00:14
             Portfolio Recovery,   Attn.: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
516826087   +E-mail/PDF: gecsedi@recoverycorp.com Jan 11 2019 00:59:41    Synchrony Bank/JC Penny,
             ATTENTION: BANKRUPTCY,   PO BOX 103104,   ROSWELL, GA 30076-9104
516826089   +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jan 11 2019 00:55:02
             VERIZON,   500 TECHNOLOGY DR STE 30,   WELDON SPRING, MO 63304-2225
                                                                                   TOTAL: 8


            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516826075*  +New Century Financial Services,   110 S. Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
516826076*  +New Century Financial Services,   110 S. Jefferson Road, Suite 104,   Whippany, NJ 07981-1038
516826080*  +Pressler and Pressler, LLP,    7 Entin Rd.,   Parsippany, NJ 07054-5020
516826083*  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 283,
             Trenton, NJ 08695)
516826084*  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 283,
             Trenton, NJ 08695)
516826085*  ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State of New Jersey,   Division of Taxation,   PO Box 283,
             Trenton, NJ 08695)
516826090*  +VERIZON,   500 TECHNOLOGY DR STE 30,   WELDON SPRING, MO 63304-2225
                                                                    TOTALS: 0, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-2        User: admin              Page 2 of 2              Date Rcvd: Jan 10, 2019
                           Form ID: 185              Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 10, 2019 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC., ASSET-BACKED, SERIES 2004-13
           dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Marie-Ann Greenberg    magecf@magtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   THE BANK OF NEW YORK MELLON, ET Al...
           rsolarz@kmllawgroup.com
          Russell L. Low    on behalf of Debtor Hector D. Bernal rbear611@aol.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                      TOTAL: 5
```