RUSSELL LOW, ESQ. RLL-4748
LOW & LOW, LLC.
Attorneys at Law
505 Main Street
Hackensack, NJ 07601
(201) 343-4040
Attorneys for Debtor

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **Hector D. Bernal** | : | CASE NO. 17-19967 |
| Debtor | : | Hearing Date: 03/14/2019 at 10:00 A.M. |
| | : | The Honorable John K. Sherwood |

_____

**ATTORNEY'S RESPONSE TO CREDITOR'S MOTION FOR RELIEF**

_____

I, Russell L. Low, being of full age, hereby certify the following:

    We are filing this opposition on behalf of the debtor because we have been unable to file a timely opposition signed by the debtor. We are asking for the opportunity to get in touch with the Debtor to resolve this matter.

Date:  March 07, 2019                                    /s/ Russell L. Low, Esq.

                                               **RUSSELL L. LOW, ESQ.**