UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**
_____

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Hector Bernal

Order Filed on August 20, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.:    17-19967

Chapter:    13

Judge:    JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: August 20, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 25, 2017___ :

Property: _____161 Midland Place Newark NJ 07106_____

Creditor: _____The Bank of New York_____

and a Request for

- ❏ Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____,
  and for good cause shown

- ❏ Early Termination of the Loss Mitigation Period having been filed by _____,
  and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____11/15/19_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2