Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17−19967−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Hector D. Bernal
   161 Midland Place
   Newark, NJ 07106

Social Security No.:
   xxx−xx−8737

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On 9/8/21 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:            October 14, 2021
Time:            08:30 AM
Location:        Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 9, 2021
JAN: wdh

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Hector D. Bernal  
    Debtor

Case No. 17-19967-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Sep 09, 2021      Form ID: 185      Total Noticed: 20

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hector D. Bernal, 161 Midland Place, Newark, NJ 07106-3310 |
| 516826077 | + | Phelan Hallinam, Diamond,& Jones PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 516826079 | + | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 516826081 | + | REMEX INC, 307 WALL ST, PRINCETON, NJ 08540-1515 |
| 516826082 | + | SANTANDER BANK NA, 865 BROOK ST, ROCKY HILL, CT 06067-3444 |
| 517060929 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 517063644 | | State of New Jersey, Division of Employer Accounts, PO BOX 379, Trenton, NJ 08625-0379 |
| 516826086 | + | State of New Jersey, Motor Vehicle Commission, P.O. Box 155, Trenton, NJ 08666-0155 |
| 516826088 | + | The Bank of New New York, 101 Barclay Street, #22-7, New York, NY 10286-0001 |
| 516826091 | + | Weisfield Jewelers/Sterling Jewelers Inc, ATTN: BANKRUPTCY, PO BOX 1799, AKRON, OH 44309-1799 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 09 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 09 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516826072 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 09 2021 20:21:00 | COMENITYCAPITAL/GMSTOP, PO BOX 182120, COLUMBUS, OH 43218-2120 |
| 516826073 | + | Email/Text: bknotice@ercbpo.com | Sep 09 2021 20:21:00 | Enhanced Recovery Corp, ATTENTION: CLIENT SERVICES, 8014 BAYBERRY RD, JACKSONVILLE, FL 32256-7412 |
| 516826074 | + | Email/PDF: bankruptcy@ncfsi.com | Sep 09 2021 20:35:44 | New Century Financial Services, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 516826078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 09 2021 20:35:37 | Portfolio Recovery, Attn.: Bankruptcy, PO Box 41067, Norfolk, VA 23541 |
| 516826087 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 09 2021 20:35:43 | Synchrony Bank/JC Penny, ATTENTION: BANKRUPTCY, PO BOX 103104, ROSWELL, GA 30076-9104 |
| 517083255 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 09 2021 20:21:00 | The Bank of New York, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 517303474 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 09 2021 20:21:00 | The Bank of New York Mellon, et al, c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 516826089 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 09 2021 20:21:00 | VERIZON, 500 TECHNOLOGY DR STE 30, WELDON SPRING, MO 63304-2225 |

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 09, 2021 | Form ID: 185 | Total Noticed: 20 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516826075 | *+ | New Century Financial Services, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 516826076 | *+ | New Century Financial Services, 110 S. Jefferson Road, Suite 104, Whippany, NJ 07981-1038 |
| 516826080 | *+ | Pressler and Pressler, LLP, 7 Entin Rd., Parsippany, NJ 07054-5020 |
| 516826083 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 516826084 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 516826085 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, Division of Taxation, PO Box 283, Trenton, NJ 08695 |
| 516826090 | *+ | VERIZON, 500 TECHNOLOGY DR STE 30, WELDON SPRING, MO 63304-2225 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 11, 2021           Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF CWABS INC.  ASSET-BACKED, SERIES 2004-13 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor THE BANK OF NEW YORK MELLON  ET Al... rsolarz@kmllawgroup.com |
| Russell L. Low | on behalf of Debtor Hector D. Bernal ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5